**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00984-CV

### IN RE STAIN DALLAS CONTRACTING, INC., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12846**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for temporary relief. We **ORDER** relator to bear the costs of this

original proceeding.

/s/     DAVID LEWIS
        JUSTICE